THE PEOPLE *vs.* ALLEN, coroner, &c.

The suing out of a *writ of error* does not excuse the officer to whom the execution is issued from proceeding, unless bail is duly put in.

THE defendant, brought up on an *attachment* for not returning an execution, objected that the defendant in the suit in which the execution was issued had duly sued out a *writ of error* to remove the judgment. BY THE COURT. That is no excuse ; unless the defendant has obtained a stay of the execution by putting in and perfecting bail, the plaintiff is entitled to have execution of his judgment. You must pay the amount of the execution or stand committed.

---

## GENERAL RULES.

1. All cases which by the provisions of the act, entitled "An act relating to the supreme and circuit courts," passed April 13, 1832, are required to be heard in the first instance before a circuit judge, shall be settled in the same manner, and brought to hearing upon the like notice, as is now prescribed by the rules of the supreme court.

2. The decision of the circuit judges shall be in writing, and shall be filed in the office of one of the clerks of this court, and the party in whose favor such decision shall be made, shall thereupon enter such rule for the purpose of giving effect to such decision as in like cases is now entered upon such decision made by the supreme court, but no such rule shall be entered in vaction.

3. The decisions made in the first and second circuits shall be filed, and rules thereupon entered in the clerk's office in the city of New-York ; those in the third and fourth circuits in the clerk's office in the city of Albany ; those in the fifth and sixth circuits in the clerk's office in the city of Utica, and those in the seventh and eighth circuits in the clerk's office in the village of Geneva.